# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division



## JUDGMENT IN A CIVIL CASE

FLOYD LEE PERRY, JR.,

v.

TENNESSEE DEPARTMENT  CASE NUMBER:  1:05-1052-T/An
OF CORRECTIONS,

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 5/10/2005, this case is hereby DISMISSED, Denying Certificate of Appealability, and it is furthered CERTIFIED that any appeal in this matter is not taken in good faith.

**APPROVED:**

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

ROBERT R. Di TROLIO
CLERK

5/13/05            BY:   C. Heid
_____          _____
DATE                    DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5/13/05.

5

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01052 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

---

Floyd Lee Perry
S.T.S.R.C.F.
302253
Route 4, Box 600
Pikeville, TN 37367

Honorable James Todd
US DISTRICT COURT